ELLISON *v.* NICKOLS and Another.—In error.

IN this case there is a judgment by default over the general issue, which is on file. *Held*, that this is error. The judgment is reversed with costs. *Harris* v. *Muskingum Co.* 4 Blackf. 267.